RECEIVED
CHARLOTTE, N.C.

SEP - 1 2005

Clerk, U. S. Dist. Court
W. Dist. of N. C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO.: 3:04-CV-487

| | |
|---|---|
| AFFIRMATIVE INSURANCE COMPANY,     ) <br>     ) <br> Plaintiff,     ) <br>     ) <br> vs.     ) <br>     ) <br> FRANK RAY EASON, JR. and     ) <br> SHERRY ANN WILES EASON,     ) <br>     ) <br> Defendants.     ) <br>     ) | **ORDER GRANTING MOTION FOR PRO HAC VICE ADMISSION OF MICHAEL H. SCHRODER, ESQ.** |

IT IS HEREBY ORDERED that the Motion for Admission Pro Hac Vice is GRANTED and Michael Hilliard Schroder, Esq. hereby is admitted to practice pro hac vice in this matter in accordance with Local Rule 83.1(B).

This the 8th day of September, 2005.

_____
DAVID C. KEESLER
UNITED STATES MAGISTRATE JUDGE

CHARLOTTE\102395\1 155148.000