IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO.: 3:04CV487

| | |
|---|---|
| Affirmative Insurance Company, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| Frank Ray Eason, Jr., and Sherry Ann Wiles Eason, | ) ) ) |
| Defendants. | ) ) |

## ORDER GRANTING MOTION FOR PRO HAC VICE ADMISSION OF BRIAN W. BURKHALTER, ESQ.

THIS MATTER IS BEFORE THE COURT on the "Motion for Pro Hac Vice Admission of Brian W. Burkhalter, Esq." (Document No. 36). In the motion, the movant states that Ms. Kimberly Sullivan of the Charlotte, North Carolina office of the law firm Cozen O'Connor has been associated as local counsel. It is further stated that Ms. Sullivan will be appearing with Mr. Burkhalter and that she will accept service of any and all matters connected with the proceedings.

IT IS THEREFORE ORDERED that the Motion for Admission *Pro Hac Vice* is GRANTED and Brian W. Burkhalter, Esq. is admitted to practice *pro hac vice* in this matter in accordance with Local Rule 83.1(B). If he has not already done so, Mr. Burkhalter should pay to the Clerk of Court the appropriate fee.

Signed: October 25, 2006

David C. Keesler
United States Magistrate Judge

2