United States District Court
For The Western District of North Carolina
Charlotte Division

FILED
CHARLOTTE, N. C.

JAN 2 5 2007

U. S. DISTRICT COURT
W. DIST. OF N. C.

Affirmative Insurance Co.,

    Plaintiff(s),

vs.

Frank Ray Eason, et al,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:04CV487-W

DECISION BY COURT. This action having come before the Court by Trial and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Jury's January 25, 2007 Verdict.

January 25, 2007

FRANK G. JOHNS, CLERK

BY: *Candace Cochran*

Candace Cochran, Deputy Clerk